Dennemeyer & Associates
55 rue des Bruyeres
L-1274 Howald, Luxembourg


Corsearch
P O Box 4349
Carol Stream, IL 60197-4349


Law Offices of Max J Sprecher
5850 Canoga Ave 4th Floor
Woodland Hills, CA 91367


Pryor Cashman LLP
7 Times Square
New York, NY  10036


Kelly Holland
8944 Mason Avenue
Chatsworth, CA 91311


EXWORKS Capital Funds I LP
333 W Wacker Drive Suite 1620
Chicago, IL 60606


DREAM MEDIA Corporation
10990 Wilshire Blvd Penthouse
Los Angeles, CA 90024